UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 2328 FAIRVIEW CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>       Defendants. | No. 2:16-cv-1873 RSM<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |
| 2328 FAIRVIEW CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation; AMERICAN FIRE & CASUALTY COMPANY, a New Hampshire corporation; AMERICAN ECONOMY INSURANCE COMPANY, a Massachusetts corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>       Defendants. | |

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:16-cv-1873 RSM) – 1
ao/LCN6412.318/2684113x



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs to any party, with each party to bear its own attorneys' fees and other litigation expenses.

DATED this 17th day of October, 2017.

| STEIN, SUDWEEKS & HOUSER, PLLC | WILSON SMITH COCHRAN DICKERSON |
|---|---|
| *s/ Justin D. Sudweeks via email auth.* <br> Justin D. Sudweeks, WSBA # 28755 <br> 2701 1st Ave., Suite 430 <br> Seattle WA 98121 <br> Phone: 206-388-0660 <br> jsudweeks@condodefects.com <br> Attorney for Plaintiff | *s/ Lisa C. Neal* <br> John M. Silk, WSBA # 15035 <br> Lisa C. Neal, WSBA #25686 <br> 901 Fifth Avenue, Suite 1700 <br> Seattle, WA 98164 <br> Phone: 206-623-4100 <br> Silk@wscd.com <br> L.Neal@wscd.com <br> Attorneys for Defendant Continental Western Insurance Company |

BULLIVANT HOUSER BAILEY

*s/ Michael K. McCormack via email auth.*
Michael K. McCormack, WSBA # 15006
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
Phone: 206-292-8930
michael.mccormack@bullivant.com
Attorney for Great American, American Fire, American Economy, Liberty Mutual Insurance

## ORDER OF DISMISSAL

It is so ordered.

DATED this 18th day of December, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:16-cv-1873 RSM) – 2
ao/LCN6412.318/2684113x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273